UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

    Plaintiff(s),

VS.                2:03-CV-1523-JCM-RJJ

JEFFREY HUBACEK

    Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

  The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 24, 2011

                            *James C. Mahan*
                            **U.S. DISTRICT JUDGE**